# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER LOGUE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CURTIS MANAGEMENT COMPANY, INC., *et al.*,<br><br>　　　　Defendants. | Case No. 19-cv-189-BAS-AGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF No. 38]** |

Presently before the Court is the parties' joint stipulation of dismissal. The Court construes the joint stipulation as a joint motion. *See* Civ. L. R. 7.2(b). The parties seek to dismiss this action in its entirety with prejudice. Good cause appearing, the Court **GRANTS** the joint motion. (ECF No. 38.) As stipulated, each side is to bear its own fees and costs. The Clerk is instructed to close the case.

**IT IS SO ORDERED.**

DATED: January 14, 2020

　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　United States District Judge

– 1 –